```
 1  THOMAS P. O'BRIEN                                    No-JS-6
    United States Attorney
 2  SANDRA R. BROWN
    Assistant United States Attorney
 3  Chief, Tax Division
    THOMAS D. COKER [SBN 136820]
 4  Assistant United States Attorney
      Room 7211, Federal Building
 5    300 North Los Angeles Street
      Los Angeles, California  90012
 6    Telephone:  (213) 894-2454
      Facsimile:  (213) 894-0115
 7
 8  Attorneys for United States of America
 9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11
                          WESTERN DIVISION
12
    UNITED STATES OF AMERICA,    ) Case No. CV 07-6384-VBF (PLAx)
13                               )
           Plaintiff,             ) JUDGMENT AGAINST DEFENDANT
14                               ) DAVID WHEELER FOR UNPAID
        vs.                       ) FEDERAL INCOME TAXES FOR THE
15                               ) YEARS 1992 THROUGH 2003
    DAVID WHEELER, an individual; )
16  ALAN BIRD, trustee of CITY    )
    HOLDING TRUST, as nominee     )
17  of DAVID WHEELER; STATE OF    )
    CALIFORNIA, FRANCHISE TAX     )
18  BOARD,                        )
                                  )
19         Defendants.            )
    _____ )
20
```

Plaintiff United States of America's Motion For Summary Judgment on Court One of the Second Amended Complaint came before the Court on June 2, 2008, the Honorable Valerie Baker Fairbank, United States District Judge, presiding.

1  After carefully reviewing all matters properly part of
2  the record, the revised Liability Statement filed June 4,
3  2008, and good cause appearing therefor,
4
5  IT IS HEREBY ORDERED, ADJUDGE AND DECREED that
6  Defendant David Wheeler is personally liable and indebted to
7  the United States of America for unpaid assessed federal
8  income taxes, interest, penalties and lien fees, plus
9  accrued interest from the respective dates of assessment,
10
11 for the taxable years 1992, 1993, 1994, 1995, 1996, 1997,
12 1998, 1999, 2000, 2001, 2002, and 2003, in the amount of
13 $1,208,311.239 as of February 29, 2008, plus interest
14 accruing after February 29, 2008, as permitted by law, until
15
16 such obligation is paid.
17
18 DATED: June 6, 2008      _____
                            Valerie Baker Fairbank
19                          United States District Judge
20 Presented by
21
   THOMAS P. O'BRIEN
22 United States Attorney
   SANDRA R. BROWN
23 Assistant United States Attorney
   Chief, Tax Division
24    ___/S/_____
25 THOMAS D. COKER
   Assistant United States Attorney
26 Attorneys for the United States of America
27
28