1  THOMAS P. O'BRIEN
   United States Attorney
2  SANDRA R. BROWN
3  Assistant United States Attorney
   Chief, Tax Division
4  THOMAS D. COKER [SBN 136820]
5  Assistant United States Attorney
     Room 7211, Federal Building
6     300 North Los Angeles Street
      Los Angeles, California  90012
7     Telephone:  (213) 894-2454
      Facsimile:  (213) 894-0115
8

9  Attorneys for United States of America

10                 UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12
                       WESTERN DIVISION
13

14 UNITED STATES OF AMERICA,     ) Case No. CV 07-6384-VBF (PLAx)
                                 )
15         Plaintiff,            ) AMENDED JUDGMENT AGAINST
                                 ) DEFENDANT DAVID WHEELER FOR
16     vs.                       ) UNPAID FEDERAL INCOME TAXES
17                               ) FOR THE YEARS 1992 THROUGH
   DAVID WHEELER, an individual; ) 2003
18 ALAN BIRD, trustee of CITY    )
   HOLDING TRUST, as nominee     )
19 of DAVID WHEELER; STATE OF    )
20 CALIFORNIA, FRANCHISE TAX     )
   BOARD,                        )
21                               )
22         Defendants.           )
   _____ )
23

24 Plaintiff United States of America's Motion For

25 Summary Judgment on Court One of the Second Amended

26 Complaint came before the Court on June 2, 2008, the

27 Honorable Valerie Baker Fairbank, United States District

28 Judge, presiding.

1   After carefully reviewing all matters properly part of

2   the record, the revised Liability Statement filed June 4,

3   2008, and good cause appearing therefor,

4

5   IT IS HEREBY ORDERED, ADJUDGE AND DECREED that

6   Defendant David Wheeler is personally liable and indebted to

7   the United States of America for unpaid assessed federal

8   income taxes, interest, penalties and lien fees, plus

9   accrued interest from the respective dates of assessment,

10  for the taxable years 1992, 1993, 1994, 1995, 1996, 1997,

11  1998, 1999, 2000, 2001, 2002, and 2003, in the amount of

12  $1,208,311.23 as of February 29, 2008, plus interest

13  accruing after February 29, 2008, as permitted by law, until

14  such obligation is paid.

15

16

17

18  DATED: <u>July 2, 2008</u>          _Valerie Baker Fairbank_____

19                                  Valerie Baker Fairbank
                                    United States District Judge

20  Presented by

21  THOMAS P. O'BRIEN
    United States Attorney
22  SANDRA R. BROWN
    Assistant United States Attorney
23  Chief, Tax Division
    _____
24
25  THOMAS D. COKER
    Assistant United States Attorney
26  Attorneys for the United States of America

27

28